# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAFÉ CUISINE, L.L.C. D/B/A
CAFÉ AMERICAIN

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY AND OHIO SECURITY
INSURANCE COMPANY

NO.   2024 CW 0755

NOVEMBER 4, 2024

---

In Re:    Ohio Security Insurance Company and Liberty Mutual
          Insurance Company, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          733204.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

    **WRIT DENIED.**

                                    PMc
                                    JEW
                                    WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT